JS-6

1
J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*

2
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*

3
J. Andrew Coombs, A P.C.

4
517 East Wilson Avenue, Suite 202
Glendale, California 91206

5
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

6
Attorneys for Plaintiff Playboy

7
Enterprises International, Inc.

8
Axcess Inc.
Soon Pyo Bae a/k/a John Bae

9
Nana Accessory Inc.
Ho Yong Na

10
B.B. Apparels Inc.
Seung Hee Chang

11
Joon Sik Bae
c/o Andy Bae

12
*andybae007@yahoo.com*
7374 Perigord Court

13
Tujunga, California 91042
Telephone: (213) 393-7161

14
Defendants, *in pro se*

15

16
UNITED STATES DISTRICT COURT

17
CENTRAL DISTRICT OF CALIFORNIA

18
Warner Bros. Entertainment Inc. and DC Comics,

19
Plaintiffs,

20
v.

21

22
Axcess Inc., Soon Pyo Bae a/k/a John Bae, Nana Accessory Inc., Ho Yong Na, B.B. Apparels Inc., Seung Hee Chang, Joon Sik Bae and Does 1 through 10, inclusive,

23

24
Defendants.

25

Case No. CV08-5778 CBM (VBKx)

~~[PROPOSED]~~ CONSENT DECREE PURSUANT TO STIPULATION

26
     The Court, having read and considered the Joint Stipulation for Entry of

27
Consent Decree that has been executed on behalf of Plaintiffs Warner Bros.

28

Warner Bros., et al. v. Axcess, et al.: Stipulated Consent Decree      - 1 -

Entertainment Inc. ("Warner Bros.") and DC Comics (collectively "Plaintiffs"), on the one hand, and Defendants Axcess Inc., Soon Pyo Bae a/k/a John Bae, Nana Accessory Inc., Ho Yong Na, B.B. Apparels Inc., Seung Hee Chang, and Joon Sik Bae (collectively "Defendants"), on the other hand, and good cause appearing therefor, hereby:

ORDERS that this Consent Decree shall be and is hereby entered in the within action as follows:

1)     This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 et seq., 17 U.S.C. § 501, 15 U.S.C. § 1051 et seq., 15 U.S.C. § 1121, 28 U.S.C. §§ 1331 and 1338, and 28 U.S.C. § 1367. Service of process was properly made against Defendants, and each of them.

2)     Warner Bros. is the owner of all rights in and to the copyright and trademark registrations listed in Exhibits "A" and "B", attached hereto and incorporated herein by this reference, and the copyrights and trademarks associated with the same.

3)     DC Comics is the owner of all rights in and to the copyright and trademark registrations listed in Exhibits "C" and "D," attached hereto and incorporated herin by this reference, and the copyrights and trademarks associated with the same. (The characters, images, trademarks and copyrights identified in Exhibits A, B, C and D are collectively referred to herein as "Plaintiff's Properties.")

4)     Plaintiffs have expended considerable resources in the creation and commercial exploitation of Plaintiffs' Properties on merchandise such as clothing and other products, and in the enforcement of its intellectual property rights in Plaintiffs' Properties.

5)     Plaintiffs have alleged that the Defendants, and each of them, have made unauthorized uses of Plaintiffs' Properties or substantially similar likenesses or colorable imitations thereof.

6)     The Defendants and their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of the injunction are hereby restrained and enjoined from:

a)     Infringing Plaintiffs' copyrights and trademarks in Plaintiffs' Properties, either directly or contributorily, in any manner, including generally, but not limited to manufacturing, importing, distributing, advertising, selling, offering for sale, any unauthorized product which features any of Plaintiffs' Properties ("Unauthorized Products"), and, specifically:

b)     Importing, manufacturing, distributing, advertising, selling, offering for sale, the Unauthorized Products or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Plaintiffs' Properties;

c)     Importing, manufacturing, distributing, advertising, selling, offering for sale, renting or offering to rent in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of Plaintiffs' Properties;

d)     Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, the Defendants' customers and/or members of the public to believe, the actions of the Defendants, the products sold by Defendants, or the Defendants themselves are connected with Plaintiffs, are sponsored, approved or licensed by Plaintiffs, or are affiliated with Plaintiffs;

e)     Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, selling, offering for sale, or other use of any goods or services, a false description or representation, including words or

Warner Bros., et al. v. Axcess, et al.: Stipulated Consent Decree          - 3 -

other symbols, tending to falsely describe or represent such goods as being those of Plaintiffs.

7)   Each side shall bear its own fees and costs of suit.

8)   Except as provided herein, all claims alleged in the Complaint against Defendants are dismissed with prejudice.

9)   This Consent Decree shall be deemed to have been served upon Defendants, and each of them, at the time of its execution by the Court.

10)   The Court finds there is no just reason for delay in entering this Consent Decree and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Consent Decree against Defendants.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1   11)   The Court shall retain jurisdiction of this action to entertain such further

2   proceedings and to enter such further orders as may be necessary or appropriate to

3   implement and enforce the provisions of this Consent Decree.

4   Dated: 12/12/08

5

6   Hon. Consuelo B. Marshall
Judge, United States District Court for
7   the Central District of California

8   Presented By:

9   J. Andrew Coombs, A Prof. Corp.

10   By:

11      J. Andrew Coombs
      Nicole L. Drey
12   Attorneys for Plaintiffs Warner Bros.
   Entertainment Inc. and DC Comics

13   Soon Pyo Bae a/k/a John Bae

14

15   By:
      Soon Pyo Bae a/k/a John Bae
16   Defendant and on behalf of Axcess Inc.

17   Ho Yong Na

18   By:
      Ho Yong Na
19   Defendant and on behalf of Nana Accessory Inc.

20   Seung Hee Chang

21

22   By:
      Seung Hee Chang
23   Defendant and on behalf of B.B. Apparels Inc.

24   Joon Sik Bae

25   By:
      Joon Sik Bae
26   Defendant and on behalf of B.B. Apparels Inc.

27

28

# WARNER BROS. ENTERTAINMENT INC.
## COPYRIGHT REGISTRATIONS

| Copyright Registration | Title Of Work (Character) | Type of Work |
|---|---|---|
| VA32-457 | Tasmanian Devil | Drawing |
| VA31-867 | Sylvester | Stuffed, plush |
| VA31-868 | Bugs Bunny | Stuffed, plush |
| VA31-869 | Tweety | Stuffed, plush |
| VA31-870 | Wile E. Coyote | Stuffed, plush |
| TXU 550963 | Bugs Bunny (1992) | Style Guide |
| TXU 550472 | Sylvester (1992) | Style Guide |
| TXU 550958 | Sylvester Jr. (1992) | Style Guide |
| TXU 550444 | Taz-Mania (1991) | Style Guide |
| TXU 550812 | Tweety (1992) | Style Guide |
| TXU 550953 | Wile E. Coyote (1992) | Style Guide |
| TXU 550962 | Yosemite Sam (1992) | Style Guide |
| TXU 550471 | Acme Road Gear (1992) | Style Guide |
| TXU-550463 | Daffy Duck (1992) | Style Guide |
| TXU 550960 | Elmer Fudd (1992) | Style Guide |
| TXU 550470 | Looney Tunes Guidelines (1992) | Style Guide |
| TXU 550961 | Marc Antony & Pussyfoot (1992) | Style Guide |
| TXU 550959 | Marvin The Martian (1992) | Style Guide |

**- Exhibit A -**

 

| TXU 550957 | Pepe Le Pew & Penelope (1992) | Style Guide |
|---|---|---|
| TXU 551162 | Porky Pig & Petunia Pig (1992) | Style Guide |
| TXU 550955 | Road Runner (1992) | Style Guide |
| TXU 550964 | Speedy Gonzales (1992) | Style Guide |
| TXU 557335 | Tasmanian Devil (1992) | Style Guide |
| TXU 568671 | The Warner Brothers (1992) | Style Guide |

**- Exhibit A -**

EXHIBIT A     PAGE 7

## Warner Bros. Entertainment Inc. Trademarks
### Exhibit B

| Trademark Name | Registration No | Reg. Date |
|---|---|---|
| BUGS BUNNY | 950381 | January 9, 1973 |
| BUGS BUNNY | 2046053 | March 18, 1997 |
| CARROT DESIGN | 2453506 | May 22, 2001 |
| DAFFY DUCK | 1998415 | September 3, 1996 |
| ELMER FUDD | 1997173 | August 27, 1996 |
| LOONEY TUNES | 1574797 | January 2, 1990 |
| PORKY PIG | 2062712 | May 20, 1997 |
| ROAD RUNNER | 2000037 | September 10, 1996 |
| SYLVESTER | 2003208 | September 24, 1996 |
| TASMANIAN DEVIL | 2033589 | January 28, 1997 |
| TWEETY | 1997174 | August 27, 1996 |
| WHAT'S UP DOC? | 2469067 | July 17, 2001 |

**Exhibit C – DC Comics Copyright Registrations**

| Copyright Registration | Title of Work (Character) | Type of Work |
|---|---|---|
| Txu 1-080-661 | DC Comics Anti-Piracy Guide | Style Guide |
| Txu 1-080-661 | Batman-Comic | Drawing |
| Txu 1-080-661 | Batman-Animated | Drawing |
| Txu 1-080-661 | Robin-Comic | Drawing |
| Txu 1-080-661 | Robin-Animated | Drawing |
| Txu 1-080-661 | Batman-Logo | Drawing |
| Txu 1-080-661 | Robin-Logo | Drawing |
| Txu 1-080-661 | Superman-Comic | Drawing |
| Txu 1-080-661 | Superman-Animated | Drawing |
| Txu 1-080-661 | Superman-Logo | Drawing |
| Txu 1-080-661 | Wonderwoman-Current Comic | Drawing |
| Txu 1-080-661 | Wonderwoman-Classic Comic | Drawing |
| Txu 1-080-661 | Wonderwoman-Animated | Drawing |
| Txu 1-080-661 | Wonderwoman-Logo | Drawing |
| Txu 1-080-661 | Supergirl-Retro Comic | Drawing |
| Txu 1-080-661 | Supergirl-Current Comic | Drawing |
| Txu 1-080-661 | Supergirl-Animated | Drawing |
| Txu 1-080-661 | Supergirl-Logo | Drawing |
| Txu 1-080-661 | Justice League | Drawing |
| Txu 1-080-661 | Green Lantern | Drawing |
| Txu 1-080-661 | The Flash | Drawing |

EXHIBIT C   PAGE 9

## Exhibit D – DC Comics Trademark Registrations

| Trademark | Trademark Registration No. | Trademark Registration Date |
|---|---|---|
| Bat Man | 382,770 (Serial Number 71430950) | November 12, 1940 |
| Batman | 804709 (Serial Number 72218464) | March 1, 1966 |
| Batman | 839561 (Serial Number 72256580) | November 28, 1967 |
| Batman | 1221720 (Serial Number 73363779) | December 28, 1982 |
| Batman | 1,587,507 | March 20, 1990 |
| Batman & Robin | 2,171,937 | July 7, 1998 |
| Batman & Robin | 2404483 (Serial Number 75301608) | November 14, 2000 |
| Batman Beyond | 2491335 (Serial Number 75786273) | September 18, 2001 |
| Batman Beyond | 2,762,067 | September 9, 2003 |
| Catwoman | 1565883 (Serial Number 73776479) | November 14, 1989 |
| Catwoman | 3,181,586 | December 5, 2006 |
| Daily Planet | 3,018,523 | November 22, 2005 |
| Jimmy Olsen | 1190637 (Serial Number 73190491) | February 23, 1982 |
| Justice League | 1503856 (Serial Number 73684246) | September 13, 1988 |
| Justice League | 2,992,012 | September 20, 2005 |
| Justice League of America | 1190681 (Serial Number 73294239) | February 23, 1982 |
| Krypto | 1168306 (Serial Number 73213453) | September 8, 1981 |

 

## Exhibit D – DC Comics Trademark Registrations

| | | |
|---|---|---|
| Lex Luthor | 1634007 (Serial Number 73813018) | February 5, 1991 |
| Lois Lane | 1184702 (Serial Number 73190489) | January 5, 1982 |
| Perry White | 1184703 (Serial Number 73190490) | January 5, 1982 |
| Robin | 1930901 (Serial Number 74521173) | October 31, 1995 |
| S | 1173150 (Serial Number 73173809) | October 13, 1981 |
| S | 1178048 (Serial Number 73231822) | November 17, 1981 |
| S | 1182041 (Serial Number 73231823) | December 15, 1981 |
| S | 1,197,814 | June 15, 1982 |
| S | 1,200,233 | July 6, 1982 |
| S | 1,200,394 | July 6, 1982 |
| S | 2,226,415 | February 23, 1999 |
| S | 1200387 (Serial Number 73231895) | July 6, 1982 |
| S Superman | 391,821 (Serial Number 71444138) | November 25, 1941 |
| Smallville | 2809352 (Serial Number 78107418) | January 27, 2004 |
| Smallville | 2,882,881 | September 7, 2004 |
| Super Friends | 1180088 (Serial Number 73198417) | December 1, 1981 |
| Super Friends | 2,861,443 | July 6, 2004 |



## Exhibit D – DC Comics Trademark Registrations

| | | |
|---|---|---|
| Superboy | 394923 (Serial Number 71448096) | May 5, 1942 |
| Super Girl | 414623 (Serial Number 71476278) | June 19, 1945 |
| Superman | 371,803 (Serial Number 71410024) | October 10, 1939 |
| Superman | 1,175,907 | November 3, 1981 |
| Superman | 1,180,068 (Serial Number 73231845) | December 1, 1981 |
| Superman | 1,185,526 | January 12, 1982 |
| Superman | 1200394 (Serial Number 73231898) | July 6, 1982 |
| Superman | 1209668 (Serial Number 73231897) | September 21, 1982 |
| Superman | 1221718 (Serial Number 73363768) | December 28, 1982 |
| Superman | 2226026 (Serial Number 75432535) | February 23, 1999 |
| Superman Superhombre | 411871 (Serial Number 71473637) | February 6, 1945 |
| Superwoman | 394922 (Serial Number 71448076) | May 5, 1942 |
| The Bat Man | 378,913 (Serial Number 71425642) | June 25, 1940 |
| The Riddler | 2,432,437 | March 6, 2001 |
| Wonder Woman | 820334 (Serial Number 72237867) | December 13, 1966 |
| Wonder Woman | 1221717 (Serial Number 73363767) | December 28, 1982 |
| The Dark Knight | Serial Number 77329797 | N/A |

